## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| RACHEL MILANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| SAILORMEN INC. d/b/a | ) | |
| POPEYE'S FAMOUS FRIED | ) | *Removed from the State Court of* |
| CHICKEN and XYZ CORP NO. 1, | ) | *Chatham County STCV22-00859* |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT SAILORMEN, INC. D/B/A POPEYE'S FAMOUS FRIED CHICKEN'S NOTICE OF REMOVAL

Defendant SAILORMEN, INC. D/B/A POPEYE'S FAMOUS FRIED CHICKEN (hereinafter "Defendant Sailormen"), pursuant to and in accordance with 28 U.S.C. §§ 1332, 1441 and 1446, gives notice of the removal of this civil action from the State Court of Chatham County to the United States District Court of the Southern District of Georgia, Savannah Division, setting forth its short and plain statement of the grounds for removal as follows:

1.

On May 24, 2022, Plaintiff Rachel Milano filed a Complaint in the State Court of Chatham County, Civil Action File No. STCV22-00859, against Defendant Sailormen.

2.

Sailormen was served with process on June 14, 2022. This Notice of Removal is filed within 30 days Sailormen's receipt of a copy of the initial pleading setting forth Plaintiff's claim for relief, and is therefore timely pursuant to 28 U.S.C. § 1446.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant Sailormen are attached hereto as **Composite Exhibit 1.**

3.

Prior to filing this Notice of Removal, Defendant Sailormen filed an Answer to Plaintiff's Complaint in the State Court of Chatham County. A copy of Defendant Sailormen's Answer is attached hereto as **Exhibit 2.**

4.

Plaintiff is a resident of the State of Georgia. *See* Complaint at ¶ 1.

5.

As alleged in Plaintiff's Complaint, Defendant Sailormen is a foreign corporation organized and existing under the laws of the State of Florida, with its principal place of business in Miami, Florida. *See* Complaint at ¶ 3.

6.

Thus, complete diversity exists between Plaintiff and Defendant. 28 U.S.C. § 1332(a)(1).

7.

Upon information and belief, the damages sought by Plaintiff will exceed $75,000, satisfying the amount in controversy requirement of 28. U.S.C. § 1332(a). Defendant does not admit any liability to Plaintiff or agree that those damages are proximately related to the claims alleged by the Plaintiff.

8.

Plaintiff asserts claims for personal injury arising out of an alleged fall on premises operated by Defendant Sailormen. *See* Complaint. More specifically, Plaintiff alleges "she slipped and fell on what appeared to be raw sewage flowing from the restaurant into the parking lot near the drive-thru." *Id.*

9.

Plaintiff alleges "Plaintiff slipped and fell suffering personal injury. Plaintiff has suffered damages including, but not limited to, past medical expenses, future medical expenses, and past, present, and future physical pain and suffering." *See* Complaint at ¶ 22.

10.

Therefore, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this

Court by the Defendant pursuant to the provisions of Title 28 of the United States Code §1441.

11.

Contemporaneously with this filing, Defendant Sailormen will file a Notice of Filing of Notice of Removal in the State Court of Chatham County, and provide written notice to Counsel for Plaintiff as required by 28 U.S.C. § 1446(d). A copy of this Notice is attached hereto as **Exhibit 3.**

12.

As Chatham County, Georgia, is one of the counties comprising the Savannah Division of the Southern District of Georgia, venue is proper in accordance with 28 U.S.C. § 1446(a) and L.R. 2.1.

13.

To the best of the undersigned's knowledge, information, and belief, and after reasonable inquiry, this Notice of Removal is well-grounded in fact and is warranted by existing law, and has not been interposed for any improper purpose, such as to harass, cause unnecessary delay, or a needless increase in the cost of litigation.

WHEREFORE Defendant Sailormen prays the case be removed to the United States District Court for the Southern District of Georgia, Savannah Division.

This 14th day of July, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Lacey L. Houghton*

40 Calhoun Street, Suite 400            D. GARY LOVELL, JR.
Charleston, SC 29401                    GA State Bar No.: 459389
*Glovell@csvl.law*                      LACEY L. HOUGHTON
*lhoughton@csvl.law*                    GA State Bar No.: 363614
Ph: 843-266-8213                        **Attorneys for Defendant Sailormen Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of this **Notice of Removal** upon all counsel of record, by electronic filing and/or United States mail, postage prepaid, and properly addressed as follows:

William J. Degenhart, Esq.
Morgan & Morgan
25 Bull Street, Suite 400
Savannah, GA 31401
wdegenhart@forthepeople.com
***Counsel for Plaintiff***

This 14th day of July, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Lacey L. Houghton*
D. GARY LOVELL, JR.
GA State Bar No.: 459389
LACEY L. HOUGHTON
GA State Bar No.: 363614
***Attorneys for Defendant Sailormen Inc.***

40 Calhoun Street, Suite 400
Charleston, SC 29401
*Glovell@csvl.law*
*lhoughton@csvl.law*
Ph: 843-266-8213

6855723v.1