RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian H. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| EXHIBIT |
| 1 |

RACHEL MILANO,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )  CIVIL ACTION NO.: STCV22-00859
                                        )
SAILORMEN INC. d/b/a POPEYE'S           )
FAMOUS FRIED CHICKEN                    )
and XYZ CORP NO. 1,                     )
                                        )  **DEMAND FOR JURY TRIAL**
        Defendants.                     )

## CERTIFICATION UNDER RULE 3.2

    Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the Petition/Pleading to be specifically assigned to the Judge to whom the original action was or is assigned.

    This 24th day of May, 2022.

**MORGAN & MORGAN**                 */s/ William J. Degenhart*
25 Bull Street, Suite 400            William J. Degenhart
Savannah, Georgia 31401             Georgia Bar No. 384018
(912) 443-1000                      *Attorney for Plaintiff*
wdegenhart@forthepeople.com

    Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this Petition/ Pleading involves substantially the same parties or substantially the same factual issues as in Case No. _____.

_____ v. _____

Filed in the Eastern Judicial Circuit of Georgia which, under Rule 3.2 of the Superior Court Rules require the Petition/Pleading be specifically assigned to the Judge to whom the original action was or is assigned.

                                    _____
                                    William J. Degenhart
                                    Georgia Bar No. 384018

*In The State Court of Chatham County*

E-FILED IN OFFICE - CM
STATE COURT OF CHATHAM CO. GA
5/24/2022 4:28 PM

**133 Montgomery Street, Room 501, Savannah, GA 31401**

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

| Rachel Milano | |
| --- | --- |
| | STCV22-00859 |
| Plaintiff | Case Number |

Vs

| SAILORMEN INC. d/b/a Popeye's Famous Fried Chicken | Address of Defendant |
| --- | --- |
| | 605 Martin Luther King, Jr. Boulevard Savannah, GA 31401 |
| Defendant | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: SAILORMEN INC. d/b/a Popeye's Famous Fred Chicken

Defendant's Address 605 Martin Luther King, Jr. Boulevard, Savannah, GA 31401

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said

Court and serve upon Plaintiff's Attorney, whose name and address is:

William J. Degenhart
Morgan & Morgan
25 Bull Street, 4th Floor
Savannah, GA 31401

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Rebekah Jenkins

Deputy Clerk, State Court of Chatham County

PRINT

27. Summons 03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

 *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RACHEL MILANO,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   CIVIL ACTION NO.: STCV22-00859
                                        )                      _____
SAILORMEN INC. d/b/a POPEYE'S           )
FAMOUS FRIED CHICKEN                    )
and XYZ CORP NO. 1,                     )
                                        )   **DEMAND FOR JURY TRIAL**
        Defendants.                     )

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, Plaintiff RACHEL MILANO, and states her Complaint for Damages

against Defendants SAILORMEN INC. d/b/a POPEYE'S FAMOUS FRIED CHICKEN and XYZ

CORP NO. 1, as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff RACHEL MILANO is a citizen and resident of the State of Georgia.

2.

The incident that is the subject of this cause of action occurred at Defendant's Popeye's

Famous Fried Chicken Restaurant, located at 605 Martin Luther King, Jr. Boulevard, Savannah,

Chatham County, Georgia 31401 (hereinafter "The Premises").

3.

Defendant SAILORMEN INC. is a foreign profit corporation authorized to do business

in the State of Georgia, with its principal office located in Miami, Florida, and is subject to the

jurisdiction of this Court. Sailormen Inc. maintains offices and transacts business in Chatham

County, Georgia, the county in which this cause of action originated. Venue is proper in

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

Chatham County, Georgia, pursuant to O.C.G.A. §14-2-510 as the tortious conduct alleged herein occurred in Chatham County, Georgia.

4.

Sailormen Inc. may be served by issuing Summons and a second original of this Complaint to its Registered Agent for Service, URS Agents, Inc. (CA), 3675 Crestwood Parkway, Suite 350, Duluth, Gwinnett County, Georgia 30096.

5.

Defendant XYZ Corp. No. 1, whose identity and whereabouts are currently unknown, are subject to the jurisdiction and venue of this Court. Defendant XYZ Corp. No. 1 will be named and served with Summons and Complaint once its identity is revealed.

6.

Venue in this action is proper in Chatham County, Georgia.

**FACTUAL ALLEGATIONS**

7.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 6 above as if they were restated verbatim.

8.

At all times material hereto, Defendants owned, operated, managed and maintained the Premises located at 605 Martin Luther King, Jr. Boulevard, Savannah, Chatham County, Georgia 31401, and as such, possessed said property with the intent to operate it as a fast food restaurant.

9.

On June 24, 2021, Plaintiff was in the parking lot of said restaurant preparing to enter said restaurant to purchase dinner, thereby making Plaintiff an invitee, as defined and codified under

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

Georgia Law.

### 10.

On or about June 24, 2021, when Plaintiff was walking towards the restaurant, she slipped and fell on what appeared to be raw sewage flowing from the restaurant into the parking lot near the drive-through. (See Exhibit A).

### COUNT I

### *Negligence of Defendant Sailormen Inc. d/b/a*
### *Popeye's Famous Fried Chicken*

### 12.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 11 above as if they were restated verbatim.

### 13.

On or about June 24, 2021, Plaintiff entered the Premises for the purpose of dining therein.

### 14.

On that same date, when Plaintiff was walking into the Premises, she slipped and fell on what appeared to be raw sewage flowing from the restaurant into the parking lot near the drive-through.

### 15.

As a result of the aforementioned fall, Plaintiff suffered personal injuries.

### 16.

Upon information and belief, at all times relevant to this cause of action, Defendant owned and/or managed and/or operated the Premises, including its entrances and approaches, and owed a legal duty of reasonable care to invitees to inspect and keep the Premises in a safe

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

condition, and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

17.

At all times relevant to this cause of action, Defendant, by and through their employees and/or agents, had actual and/or constructive knowledge of the hazardous condition of the Premises prior to Plaintiff's fall.

18.

At all times relevant to this cause of action, Plaintiff had no knowledge of the unsafe and dangerous condition of the Premises, and it was not discoverable by Plaintiff in the exercise of reasonable and ordinary care.

19.

At all times relevant to this cause of action, Plaintiff exercised reasonable care for her own safety.

20.

At all times relevant to this cause of action, Defendant breached its duty of reasonable care in one or more of the following manners:

a)   failing to inspect the Premises for dangerous conditions;

b)   failing to warn patrons of a dangerous condition they knew or should have known existed on the Premises; and

c)   failing to repair said dangerous condition on the Premises when they knew or should have known it existed.

21.

As a result of the foregoing, Defendant breached its legal duty to Plaintiff, in violation of

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

O.C.G.A § 51-3-1.

22.

As a direct and proximate result of the aforementioned breaches of duty and negligence by Defendant, Plaintiff slipped and fell, suffering personal injuries. Plaintiff has suffered damages including, but not limited to, past medical expenses, future medical expenses, and past, present, and future physical pain and suffering.

23.

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from Defendant in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays and demands as follows:

1. That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;
2. That service be had upon Defendant as provided by law;
3. That the Court award and enter a judgment in favor of Plaintiff and against Defendant for compensatory damages in an amount to be proven at trial;
4. That Plaintiff have a trial by a jury as to all issues; and
5. That Plaintiff have such other and further relief as the Court may deem just and proper.

This 24th day of May, 2022.

*/s/ William J. Degenhart*
William J. Degenhart, Esq.
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
wdegenhart@forthepeople.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K Hart* -Clerk of Court

# EXHIBIT A





RECEIVED FOR FILING STATE COURT OF CHATHAM CO. GA 5/24/2022 4:48 PM

Print Form

| | Superior Court ☐ | Magistrate Court ☐ |
|---|---|---|
Civil Action No. STCV22-00859 | State Court ☒ | Probate Court ☐ |
| | Juvenile Court ☐ | |

Date Filed 05/24/2022

Georgia, CHATHAM _____ COUNTY

RACHEL MILANO

Attorney's Address

William Jay Degenhart, Esq.

_____ Plaintiff

MORGAN & MORGAN,25 BULL ST., 4TH

VS.

SAVANNAH, GA 31401

SAILORMEN INC. d/b/a Popeye's

Name and Address of Party to Served

Famous Fried Chicken and XYZ CORP. 1

Sailormen Inc. d/b/a Popeye's Famous Fried

_____ Defendant

c/o Reg. Agt. URS Agents, Inc. (CA)

3675 Crestwood Pkwy, #350

_____ Garnishee

Duluth, Gwinnett County, Georgia 30096

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**

I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

Served the defendant Sailormen INC DIBA Popeyes Famous Fried Chicken corporation

by leaving a copy of the within action and summons with Nikki Williams Front Desk assistant
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 14 day of Jun 10:30a, 2022

A R Peterson 50136

DEPUTY

RECEIVED 2022 JUN -7 AM 11:59 CIVIL DIV. G.C.S.C.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RACHEL MILANO,                              )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )   CIVIL ACTION NO.: STCV22-00859
                                            )                     _____
SAILORMEN INC. d/b/a POPEYE'S               )
FAMOUS FRIED CHICKEN                        )
and XYZ CORP NO. 1,                         )
                                            )   **DEMAND FOR JURY TRIAL**
          Defendants.                       )

### PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT SAILORMEN INC. d/b/a POPEYE'S FAMOUS FRIED CHICKEN

COMES NOW, Plaintiff Rachel Milano (hereinafter "Plaintiff"), and serves upon Defendant Sailormen Inc. d/b/a Popeye's Famous Fried Chicken (hereinafter "Defendant") Plaintiff's First Interrogatories, to be answered under oath and within forty-five (45) days from service hereof, in accordance with O.C.G.A. § 9-11-33.

These Interrogatories shall be deemed continuing so as to require supplemental answers if you or your attorneys obtain further information between the time the answers are served and the time of trial. Any such supplemental answers are to be filed and served upon counsel for Plaintiff within thirty (30) days from the receipt of such information, but not later than the time of trial.

### DEFINITIONS

When used in these Interrogatories, the term "Defendant," or any synonym thereof, is intended to and shall embrace servants, representatives, private investigators, and others who are in a position of or may have obtained information for or on behalf of Defendant.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

As used in these Interrogatories, the following words and phrases have the meanings set forth below.

(1)  "You" and "your" means and refers to the Defendant to whom these Interrogatories are directed, and includes your agents, employees, insurance company and their agents and employees, your attorneys, investigators and anyone else acting on your or their behalf.

(2)     The term "document" means and includes all correspondence, writings, records, memoranda, drawings, graphs, charts, photographs, motion pictures, videotapes, videodisks, audiotapes or other sound recordings, books, ledgers, financial records, checks, drafts, receipts, forms prescribed by government agencies, computer tapes, computer disks, computer printouts, photocopies, microfilm, microfiche, and any other data, sound, or image compilation or recording from which information regarding the described transactions can be obtained, translated if necessary by respondent through appropriate and necessary devices into reasonably useable and intelligible form.

(3) "Person" includes any individual, corporation, partnership, government, or business entity, and group of persons associated in fact although not a legal entity.

(4) "Identify" means the following:

    (a) When used with respect to individuals, means to state the full name, address, telephone number, place of employment, job title and present whereabouts of such person;

    (b) When used with respect to persons other than individuals, as the term "persons" is identified in (3) above, means to state the full name, address and telephone number of such "person" together with the name, address, telephone number and job title of the employee, agent, servant or representative of such

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

"person" who has knowledge of the particular facts or possession, custody or control of the particular documents of which discovery is sought;

(c) When used with respect to documents, tangible objects, or other items of real or demonstrative evidence, means to list the items of which discovery is sought, describe them in specific detail (give an exhibit number for each if one has been assigned) and state the name, address and telephone number of the person who presently has possession, custody or control over each item of real or documentary evidence listed; and

(d) When used with respect to facts, circumstances or information, means to give a concise summary of the nature and substance of the facts, circumstances or information of which discovery is sought.

## **INTERROGATORIES**

### 1.

Identify the person or persons responding to these Interrogatories and all individuals that have provided assistance to you in responding to Plaintiff's First Interrogatories and Requests for Production of Documents.

### 2.

If you contend that Plaintiff has brought action against the wrong entity due to a misnomer, please state the complete name of the correct Defendant in this action; and further state whether you will accept service of an amended Summons and Complaint reflecting the information furnished by you in response to this Interrogatory.

### 3.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(2), please identify any

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

policy or policies of liability insurance, including umbrella coverage, which would or might inure to the benefit of Plaintiff by providing for payment of a part of, or all of any judgment rendered in favor of Plaintiff against Defendants or against any other person, firm or corporation which is or may be liable to Plaintiff by reason of the incident described in the Complaint.

4.

Please identify all employees and other persons, including their names, their last known addresses and their telephone numbers, who to you or your representatives' knowledge, information or belief:

    (a)    Were eyewitnesses to the incident that gives rise to this lawsuit;

    (b)    Have relevant knowledge concerning the incident that gives rise to this lawsuit, any issue of liability or the damages in connection with this lawsuit, who were not identified in sub-part (a);

    (c)    Arrived at the scene of the occurrence complained of in this action immediately or shortly after its occurrence; and

    (d)    Assisted Plaintiff after her fall at your Premises on June 24, 2021.

5.

Please identify all persons who have given written or recorded statements covering the facts and/or circumstances of the incident which is the subject matter of this litigation, and state the name of each person, the name and address of the person or entity taking each statement, the date each statement was taken, and the name and address of each person having possession, custody or control of each statement.

6.

Please identify any CCTV footage, surveillance footage, photographs, diagrams or other

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

pictorial representations concerning the events and happenings alleged in Plaintiff's Complaint.

7.

Please identify each person (whether your employee or a claims adjuster, etc.) who has made an investigation or study of the subject incident or location at Defendant's Premises.

8.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(4), please identify all persons (whether your employees or not) whom you expect to call or may call as an expert witness upon the trial of this matter.

9.

Identify each person employed by Defendant who was working at Defendant's Popeye's Famous Fried Chicken Restaurant, located at 605 Martin Luther King, Jr. Boulevard, Savannah, Chatham County, Georgia 31401 (hereinafter "The Premises"). on the date of the incident described in the Complaint.

10.

To your information or belief, has there been any surveillance, photographs or videos of *any* party? If so, identify what party was photographed or videoed, and identify all persons who now have or have had custody and/or control of any records, tapes, films or other recording of such surveillance.

11.

Please identify each individual who was responsible for the maintenance and/or inspections of the parking lot on June 24, 2021 at the Premises. Were these person(s) employees or agents of Defendant? If not, please identify what entity employed them at the time of Plaintiff's fall.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

12.

State each and every fact upon which you rely for each affirmative defense in your Answer to Plaintiff's Complaint.

13.

Identify any and all persons known to Defendant who have fallen at the Premises at any time from January 1, 2018 to the present day.

14.

In reference to the individual(s) identified in the previous Interrogatory, please state the following:

(a)     The cause of the fall;

(b)     Whether any incident report was prepared;

(c)     The information contained in such incident report;

(d)     The name, addresses, home telephone numbers, present place of employment, work telephone numbers, job titles, and present whereabouts of any and all persons having knowledge regarding said fall.

15.

Please identify any and all changes that have been made to your policies and/or procedures concerning inspection of the parking lot at the Premises since June 24, 2021.

16.

Do you contend that the injuries complained of in this case were caused by the negligence of any party other than Defendant or Defendant's agents and servants?  If your answer is yes, please identify:

(a)     The party whom you contend was guilty of such negligence;

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

(b)   Every act of negligence which you claim was committed by such party or his agents and servants and which you contend proximately caused or contributed to the injuries complained of in this case;

(c)   Each and every fact and reason upon which you base your contentions; and

(d)   Each and every person who has any knowledge or information concerning each such fact.

17.

Please state whether you, or anyone acting on your behalf, had any knowledge or information, of any nature whatsoever, that any condition existed at the subject Premises which could cause or contribute to the occurrence alleged in Plaintiff's Complaint.  If so:

(a) |  State the date you acquired such knowledge and/or information;

(b)   State what knowledge and/or information you had;

(c)   Identify the person or persons who made such knowledge and/or information known to you;

(d)   State whether any remedial and/or corrective action was taken based upon such knowledge;

(e)   Identify the person who took any such remedial and/or corrective action, and state the date thereof; and

(f)   Identify any documents relating to such condition and/or corrective action.

18.

Please identify any and all other similar incidents or allegations for which any person has complained (either by letter, email, or verbally) of a fall in the parking lot of the Premises involving Defendant and/or its agents at the subject location, occurring from January 1, 2018

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

through the present day.

### 19.

Please identify any and all other similar incidents or allegations for which you have prepared an incident report concerning any person who has complained of a fall in the parking lot of the Premises involving Defendant and/or its agents at the subject location, occurring from January 1, 2018 through the present day.

### 20.

Please identify any and all other similar incidents or allegations for which any person has filed an insurance claim against Defendant and related to falls at the Premises, occurring from January 1, 2018 through the present day.

### 21.

Please identify any and all other similar incidents or allegations for which a patron or employee has filed a lawsuit against Defendant related to falls at the Premises, from January 1, 2018 through the present day.

### 22.

Identify any and all incident reports and/or documentary writings made by you concerning the incident at issue.

### 23.

Identify all policies and procedures created by you since June 24, 2021, concerning maintenance and/or inspections of the parking lot at the Premises.

### 24.

Identify any and all safety manuals and written procedures underline{effective after} June 24, 2021, concerning maintenance and/or inspection of the parking lot at the Premises.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

25.

Please state whether, in compiling your answers to these Interrogatories, you have made a reasonable and diligent effort to identify and provide not only such facts as are within your personal knowledge, but such facts as are also reasonably available to you and/or any person acting on your behalf.

This 24th day of May, 2022

/s/ *William J. Degenhart*
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 443-1104
wdegenhart@forthepeople.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RACHEL MILANO,                                    )
                                                 )
    Plaintiff,                               )
                                                 )
v.                                               )   CIVIL ACTION NO.: STCV22-00859
                                                 )   _____
SAILORMEN INC. d/b/a POPEYE'S                    )
FAMOUS FRIED CHICKEN                             )
and XYZ CORP NO. 1,                              )
                                                 )
    Defendants.                             )   **DEMAND FOR JURY TRIAL**

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SAILORMEN INC. d/b/a POPEYE'S FAMOUS FRIED CHICKEN

COMES NOW, Plaintiff Rachel Milano (hereinafter "Plaintiff"), and hereby requests that

Defendant Sailormen Inc. d/b/a Popeye's Famous Fried Chicken (hereinafter "Defendant")

produce for inspection and copying the following documents in the possession, custody, or

control of Defendant and its representative pursuant to O.C.G.A. § 9-11-34 within forty-five (45)

days from the date of service hereof to Plaintiff's attorney of record, William J. Degenhart, at the

Law Firm of Morgan & Morgan, P.A., 25 Bull Street, Suite 400, Savannah, Georgia 31401, or at

such other time, date, and location agreed to by counsel for Defendant and the undersigned

counsel, and to serve a written response hereto within forty-five (45) days from the date of

service hereof.

### DEFINITIONS

If a privilege is claimed as to any documents covered by this Request for Production,

Plaintiff asks that each document to which privilege is claimed be identified with such

particularity and in such a manner that the Court, and not counsel unilaterally, may determine

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

whether the document is indeed entitled to privileged status.  As used herein, the terms listed below mean the following:

1.  "Document" means every writing, electronic data or file, printing, record, graphic, photographic or sound reproduction of every type and description that is in your possession, control, custody and knowledge, including but not limited to correspondence, memoranda, agreements, minutes, assignments, records, stenographic and handwritten notes, diaries, notebooks, account books, orders, invoices, notices, statements, bills, files, checks, check stubs, account ledgers, maps, charts, diagrams, analyses, books, pamphlets, work sheets, data sheets, statistical compilations, data cards, microfilms, computer records (including printouts or other magnetic storage media), e-mails, tapes, photographs, pictures, recordings (both voice and videotape) and all copies of such documents, writings or records when such copies contain any commentary or notation whatsoever that does not appear on the original.

2.  "Person" means any natural person, organization, corporation, partnership, proprietorship, association, group of persons, or any governmental body or subdivision thereof.

3.  If you contend that any documents are privileged or protected by the attorney work product doctrine, please produce a Privilege Log for those documents.

## DOCUMENT REQUESTS

1.

Each and every document, tangible object, or other item of real, demonstrative or documentary evidence which provides any and all factual support for each defense asserted by you in your Answer to Plaintiff's Complaint.

2.

Any and all CCTV footage, surveillance footage, photographs, videos, drawings, maps or

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

sketches of the scene of the incident.

3.

Any surveillance photographs, and/or movies or videotapes made of Plaintiff.

4.

Each and every insurance agreement under which any person carrying on an insurance business may be liable to you to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse you for any payments made to satisfy such judgment.

5.

Each and every document comprising a report made by any person, firm, association or other entity (including insurance adjusters and management at Sailormen Inc. and/or Popeye's Famous Fried Chicken) that has conducted any investigation to determine any of the facts pertaining to any of the issues in this action.

6.

Each and every document comprising a report made by any person you expect to call as an expert witness on the trial of this case.

7.

Each and every document relating to any facts or information about the subject matter of this action furnished by you to any expert you expect to call as an expert witness on the trial of this case.

8.

Each and every document relating to any written or recorded statement inquired about in Interrogatory No. 5 of Plaintiff's First Interrogatories propounded to you.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

9.

All statements previously made by Plaintiff concerning the subject matter of this action.

10.

All documents that discuss, review, explain, outline, and/or define Defendant's procedure(s) for reporting, taking and/or filing incident reports, <u>effective</u> June 24, 2021.

11.

All documents that discuss, review, explain, outline, and/or define Defendant's procedure(s) for reporting, taking and/or filing incident reports, <u>effective after</u> June 24, 2021.

12.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures effective June 24, 2021, for Defendant, including, but not limited to, any references to procedures for maintenance and/or inspection of the parking lot at the Premises.

13.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures effective after June 24, 2021 for Defendant, including, but not limited to, any references to procedures for maintenance and/or inspection of the parking lot.

14.

A blank copy of the incident report used by Defendant for documenting and reporting Plaintiff's fall at Defendant's Popeye's Famous Fried Chicken Restaurant, located at 605 Martin Luther King, Jr. Boulevard, Savannah, Chatham County, Georgia 31401 (hereinafter the "Premises) on June 24, 2021.

15.

A fully legible copy of the incident report completed by you regarding Plaintiff's fall at

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* - Clerk of Court

the Premises on June 24, 2021.

16.

Any and all documents that relate to any firings, reprimands, suspensions, punishments, complaints, grievances, allegations, denials of any and all of your employees, or agents, who allegedly, or actually, failed to properly inspect the parking lot at the Premises from January 1, 2018 through the present day.

17.

Any and all warnings you contend you provided, either verbally or by signage, with respect to the procedure for the proper placement of signs for hazardous conditions at the Premises prior to Plaintiff's fall on June 24, 2021.

18.

A copy of all witness and employee statements gathered in conjunction with the incident report completed by you and regarding Plaintiff's fall at the Premises on June 24, 2021.

19.

A copy of all performance reviews and employee records of any and all employees that were working on the date of the incident in suit.

20.

Any documents responsive to your answers to Plaintiff's First Interrogatories.

This 24th day of May, 2022.

/s/ William J. Degenhart
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
wdegenhart@forthepeople.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

Brian K. Hart -Clerk of Court

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RACHEL MILANO,                                        )
                                                     )
    Plaintiff,                                    )
                                                     )
v.                                                   )   CIVIL ACTION NO.: STCV22-00859
                                                     )
SAILORMEN INC. d/b/a POPEYE'S                        )
FAMOUS FRIED CHICKEN                                 )
and XYZ CORP NO. 1,                                  )
                                                     )   **DEMAND FOR JURY TRIAL**
    Defendants.                                   )

## PLAINTIFF'S FIRST REQUEST FOR ADMISSION TO DEFENDANT SAILORMEN INC. d/b/a POPEYE'S FAMOUS FRIED CHICKEN

    Plaintiff hereby requests that Defendant admit for the purpose of this action the truth of the following facts within forty-five (45) days after the date of service hereof and in conformity with O.C.G.A. § 9-11-36. If any request cannot be truthfully admitted or denied, please state in detail the reasons why you cannot truthfully admit or deny the matter. If you cannot admit or deny the request in its entirety, please specify that part which you cannot admit or deny and state in detail the reasons for any such qualifications. If you assert any claim of privilege in response to any or all of these requests, set forth, with respect to each such request(s) as to which a claim of privilege is asserted, the nature of the privileged claimed (e.g. attorney-client, work-product, etc.) and the basis for your claim.

## REQUESTS FOR ADMISSION

1.

    Please admit that this Defendant raises no defenses as to insufficiency of process or insufficiency of service in this action.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 5/24/2022 4:29 PM

*Brian K. Hart* -Clerk of Court

This 24th day of May, 2022.

/s/  William J. Degenhart
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
F:  (912) 443-1104
wdegenhart@forthepeople.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

<table>
<tr><td>RACHEL MILANO,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>CIVIL ACTION NO.: STCV22-00859</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>SAILORMEN INC. d/b/a POPEYE'S</td><td>)</td><td></td></tr>
<tr><td>FAMOUS FRIED CHICKEN and</td><td>)</td><td>**DEMAND FOR JURY TRIAL**</td></tr>
<tr><td>XYZ CORP NO. 1,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendants.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

EXHIBIT 2

## ANSWER OF DEFENDANT SAILORMEN INC. D/B/A POPEYE'S FAMOUS FRIED CHICKEN

COMES NOW, Sailormen, Inc. d/b/a Popeye's Famous Fried Chicken, Defendant in the above-styled action ("Defendant"), and presents its Answer to the Complaint, showing the Court the following:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

No act or omission on the part of this Defendant proximately caused Plaintiff's alleged injuries and damages.

### THIRD DEFENSE

Defendant asserts that the injuries and damages alleged by the Plaintiff were not proximately caused by any actions on the part of Defendant or any entity or persons for whose actions this Defendant was legally liable.

## FOURTH DEFENSE

Plaintiff's claims are barred to the extent that Plaintiff failed to exercise ordinary care for her own safety, and that failure was a proximate cause of Plaintiff's alleged damages.

## FIFTH DEFENSE

Plaintiff was negligent in failing to exercise ordinary care for her own personal safety, and her negligence was equal to or greater than any alleged negligence of this Defendant. This Defendant expressly denies any alleged negligence on its part.

## SIXTH DEFENSE

To the extent as may be shown by evidence, this Defendant asserts the defenses of contributory/comparative negligence, assumption of the risk, failure to avoid consequences, failure to exercise ordinary care and failure to mitigate damages.

## SEVENTH DEFENSE

The alleged injuries claimed by Plaintiff were not foreseeable to Defendant.

## EIGHTH DEFENSE

Plaintiff had equal or superior knowledge to that of Defendant or its agents or employees of any alleged hazard.

## NINTH DEFENSE

Defendant asserts the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, and improper venue.

## TENTH DEFENSE

Responding to the individually enumerated allegations contained within the Complaint, this Defendant responds as follows:

## PARTIES AND JURISDICTION

1.

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint. Therefore, those allegations can neither be admitted nor denied at this time.

2.

Defendant admits that it operates a Popeye's Famous Fried Chicken Restaurant located at 605 Martin Luther King, Jr. Boulevard, Savannah, Georgia 31401. Defendant denies any remaining allegations contained in Paragraph 2 of the Complaint.

3.

Defendant admits it is a foreign profit corporation authorized to do business in the State of Georgia, with its principal office located in Miami, Florida. Defendant admits it transacts business in Chatham County, Georgia. Defendant denies any remaining allegations contained in Paragraph 3.

4.

Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint. Therefore, those

allegations can neither be admitted nor denied at this time.

6.

Defendant denies the allegations contained in Paragraph 6 of the Complaint.

## **FACTUAL ALLEGATIONS**

7.

In response to the allegations of Paragraph 7, Defendant incorporates its responses to the allegations contained in Paragraphs 1 through 6 as if fully set forth herein.

8.

In response to Paragraph 8 of the Complaint, Defendant admits that on June 24, 2021, it owned, operated, managed, and maintained the improvements located in and on the real property at 605 Martin Luther King Jr. Boulevard, Savannah, Chatham County, Georgia, and possessed the property with the intent to operate it as a fast food restaurant. Defendant does not own the real property located at 605 Martin Luther King Jr. Boulevard, Savannah, Chatham County, Georgia.

9.

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint. Therefore, those allegations can neither be admitted nor denied at this time.

10.

Defendant denies the allegations contained in Paragraph 10 of the Complaint.

## COUNT 1: NEGLIGENCE OF DEFENDANT SAILORMEN, INC.
## D/B/A POPEYE'S FAMOUS FRIED CHICKEN

### 12.[1]

In response to the allegations of Paragraph 12, Defendant incorporates its responses to the allegations contained in Paragraphs 1 through 11 as if fully set forth herein

### 13.

Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint. Therefore, those allegations can neither be admitted nor denied at this time.

### 14.

Defendant denies the allegations contained in Paragraph 14 of the Complaint.

### 15.

Defendant denies any negligence on the part of this Defendant and denies Plaintiff is entitled to any relief sought from this Defendant. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint. Therefore, those allegations can neither be admitted nor denied at this time.

### 16.

Defendant Sailormen admits that on June 24, 2021, it owned, operated, and managed the improvements located in and on the real property at 605 Martin Luther King

---

[1] The numbering corresponds to the allegations contained in Plaintiff's Complaint; Plaintiff skipped number 11 in Plaintiff's Complaint.

Jr. Boulevard. Defendant denies any negligence on the part of this Defendant and denies Plaintiff is entitled to any relief sought from this Defendant. Defendant does not own the real property located at 605 Martin Luther King Jr. Boulevard, Savannah, Chatham County, Georgia. The remaining allegations constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies all remaining allegations contained in Paragraph 16 as stated.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.

Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint, including all sub-parts.

21.

Defendant denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies the allegations contained in Paragraph 23 of Plaintiff's Complaint.

<strong><u>PRAYER FOR RELIEF</u></strong>

24.

Defendant denies the allegations contained in the Prayer for Relief, Wherefore paragraph, and its subparts following Paragraph 23 of the Complaint.

25.

Any allegations not specifically admitted in the preceding paragraphs of this Answer are hereby denied.

WHEREFORE, having fully responded to the Complaint, Defendant respectfully prays as follows:

a) That the Plaintiff's Complaint for Damages be dismissed on the grounds set forth above and all costs cast against the Plaintiff;

b) In the alternative, that judgment be granted in favor of Defendant on all counts;

c) That Defendant has a trial by twelve (12) jurors, as the law provides; and

d) For such other and further relief that the Court deems just and proper.

This 14th day of July, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/D. Gary Lovell, Jr.*

40 Calhoun Street, Suite 400
Charleston, SC 29401
*Glovell@csvl.law*
*lhoughton@csvl.law*
Ph: 843-266-8213

    D. GARY LOVELL, JR.
    GA State Bar No.: 459389
    LACEY L. HOUGHTON
    GA State Bar No.: 363614
    ***Attorneys for Defendant Sailormen Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via the Court's designated e-filing system and/or by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

William J. Degenhart, Esq.
Morgan & Morgan
25 Bull Street, Suite 400
Savannah, GA 31401
wdegenhart@forthepeople.com
***Counsel for Plaintiff***

This 14th day of July, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP


By: *s/D. Gary Lovell, Jr.*
    D. GARY LOVELL, JR.
40 Calhoun Street, Suite 400    GA State Bar No.: 459389
Charleston, SC 29401    LACEY L. HOUGHTON
Glovell@csvl.law    GA State Bar No.: 363614
lhoughton@csvl.law    ***Attorneys for Defendant Sailormen Inc.***
Ph: 843-266-8213

6850429v.1

**EXHIBIT**

**3**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

RACHEL MILANO,                          )
                                        )
           Plaintiff,                   )
v.                                      )      CIVIL ACTION NO.: STCV22-00859
                                        )
SAILORMEN INC. d/b/a POPEYE'S           )
FAMOUS FRIED CHICKEN and                )      **NOTICE TO STATE COURT OF**
XYZ CORP NO. 1,                         )      **FILING OF NOTICE OF REMOVAL**
                                        )
           Defendants.                  )
                                        )

       Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant Sailormen, Inc., by and through

its undersigned attorneys, gives notice that it has filed in the United States District Court

for the District of Georgia, Savannah Division, the Notice of Removal attached (<u>Ex "A"</u>

hereto) and its attached Exhibits.

       Defendant hereby provides notice to Plaintiff that this case is being removed to the

United States District Court for the Southern District of Georgia, Savannah division, based

on diversity jurisdiction, pursuant to 28 U.S.C. § 1441. Defendant's filing of this Notice

shall effect the removal of this action and this Court may proceed no further unless and

until this case is remanded.

       This 14th day of July, 2022.

                    Respectfully submitted,

                    COPELAND, STAIR, VALZ & LOVELL, LLP

40 Calhoun Street, Suite 400        By: *s/Lacey L. Houghton*
Charleston, SC 29401                   D. GARY LOVELL, JR.
*Glovell@csvl.law*                    GA State Bar No.: 459389
*lhoughton@csvl.law*                  LACEY L. HOUGHTON
Ph: 843-266-8213                      GA State Bar No.: 363614
                    ***Attorneys for Defendant Sailormen Inc.***

6855731v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via the Court's designated e-filing system and/or by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

William J. Degenhart, Esq.
Morgan & Morgan
25 Bull Street, Suite 400
Savannah, GA 31401
wdegenhart@forthepeople.com
***Counsel for Plaintiff***

This 14th day of July, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Lacey L. Houghton*

|  |  |
|---|---|
| 40 Calhoun Street, Suite 400 | D. GARY LOVELL, JR. |
| Charleston, SC 29401 | GA State Bar No.: 459389 |
| *Glovell@csvl.law* | LACEY L. HOUGHTON |
| *lhoughton@csvl.law* | GA State Bar No.: 363614 |
| Ph: 843-266-8213 | ***Attorneys for Defendant Sailormen Inc.*** |

6855731v.1