IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RACHEL MILANO, <br><br>    Plaintiff, <br><br>    v. <br><br> SAILORMEN INC., d/b/a POPEYE'S FAMOUS FRIED CHICKEN; and XYZ CORP. NO. 1, <br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-169 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendants on October 3, 2023, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this case, with each party to bear its own costs. (Doc. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 16th day of October, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA